In re NEW YORK ECONOMICAL PRINTING CO. (Circuit Court of Appeals, Second Circuit. February 7, 1901.) Motion to Dismiss Petition. George B. MacComber, for the motion. Almet R. Latson, opposed. Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. Neither the statute nor the rules limit the time within which a petition for review in bankruptcy should be filed. We do not think there has been any unreasonable delay in this case, and therefore deny the motion to dismiss. A new rule of this court will control future applications for review.

---

PELZER v. DALE CO. (Circuit Court of Appeals, Second Circuit. February 27, 1901.) No. 91. Appeal from the Circuit Court of the United States for the Southern District of New York. Richard N. Dyer, for appellant. Henry M. Brigham, for appellee. Before WALLACE and LACOMBE, Circuit Judges. No opinion. Decree of circuit court (103 Fed. 494) affirmed, with costs, on opinion below.

---

ROTHSCHILD et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 27, 1901.) No. 74. Appeal from the Circuit Court of the United States for the Southern District of New York. E. R. Gunby, for appellant. John S. Wise, Special U. S. Asst. Atty. Before WALLACE and SHIPMAN, Circuit Judges. No opinion. Decision of circuit court (87 Fed. 798) affirmed.

---

THE VULCAN and THE GENEVIEVE. (Circuit Court of Appeals, Second Circuit. February 7, 1901.) Nos. 10, 11. Appeals from the District Court of the United States for the Northern District of New York. George Clinton, for appellants. John C. Shaw, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decrees of district court (96 Fed. 859) affirmed on opinion below.

---

THE WEST BROOKLYN. (Circuit Court of Appeals, Second Circuit. March 11, 1901.) No. 113. Appeal from the District Court of the United States for the Southern District of New York. Le Roy S. Gove, for appellant. James K. Symmers, for appellee. Before LACOMBE and SHIPMAN, Circuit Judges. No opinion. Affirmed on opinion of district judge. 106 Fed. 751.